IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARLAND SHAUN DARNELL,**<br><br>            Plaintiff,<br><br>    v.<br><br>**ANTHONY HEDGPETH, et al.,**<br><br>            Defendants. | Case No. 1:08-CV-00635 WHA (PR)<br><br>**[PROPOSED] ORDER** |

Defendants' request for an extension of time to respond to the complaint was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted thirty days, to and including October 7, 2009, to respond to the complaint.

Dated: September 11, 2009

*IT IS SO ORDERED*
*Judge William Alsup*

The Honorable William Alsup