IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARLAND SHAUN DARNELL,

    Plaintiff,

v.

ANTHONY HEDGPETH, J. BOLIN, THOMSON, BLACKSTONE, J. VARGAS, J. OSTRANDER,

    Defendants.

No. C 08-00635 WHA (PR)

**ORDER RE REQUEST FOR INFORMATION FOR DEFENDANT THOMPSON**

    Plaintiff has filed his notice of submission of documents. The U.S. Marshals attempted to serve the defendants but was unable to serve defendant Thompson. The Marshals indicated that they were provided inadequate information to identify defendant Thompson. Plaintiff is **ORDERED** to provide the Marshals with a sufficient address and the first and last name for defendant Thompson **BY OCTOBER 12, 2009**, so they can properly serve defendant. If plaintiff fails to timely provide this information, then defendant Thompson will be dismissed from the case.

    **IT IS SO ORDERED.**

Dated: September 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE