| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUN DARNELL GARLAND,

        Plaintiff,

  vs.

ANTHONY HEDGPETH, J. BOLIN,
THOMPSON, BLACKSTONE,
J. VARGAS, J. OSTRANDER,

        Defendants.

No. C 08-00635 WHA (PR)

**ORDER TERMINATING UNSERVED DEFENDANTS;**

**GRANTING PLAINTIFF LEAVE TO AMEND CLAIMS**

     A California state prisoner at Calipatria State Prison proceeding *pro se*, plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. 1983, alleging *inter alia* that defendants, officers and employees of Kern Valley State Prison, retaliated against plaintiff for his exercise of his First Amendment rights.

     The remaining defendants in this action are J. Bolin, A. Thompson, and J. Vargas. Bolin and Thompson remain unserved. On January 11, 2010, plaintiff was directed to comply with the Court's instructions regarding proper service of the complaint on Bolin and Thompson (*see* Docket No. 29). Plaintiff was informed that failure to comply with such instructions within thirty days would result in dismissal of the charges against these defendants. As of the date of this writing, plaintiff has not responded to the Court's order, and more than thirty days have passed the since the order was issued. Accordingly,

plaintiff's claims against defendants Bolin and Thompson are hereby DISMISSED. Defendants Bolin and Thompson are hereby TERMINATED from this action.

The Court GRANTS plaintiff leave to amend and refile any dismissed claims within thirty (30) days from the date of this order. If plaintiff does not amend and refile the dismissed claims within thirty (30) days from the date of this order, the Court will deem plaintiff to have waived these claims.

After those thirty (30) days have passed, the Court will issue a further scheduling order.

**IT IS SO ORDERED.**

Dated: February 24, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE