UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No. C 08-00635 WHA (PR) |
| Plaintiff, | **ORDER REFERRING CASE TO PRO SE PRISONER MEDIATION PROGRAM; STAYING CASE; INSTRUCTIONS TO CLERK** |
| v. | |
| ANTHONY HEDGPETH, J. BOLIN, THOMPSON, BLACKSTONE, J. VARGAS, J. OSTRANDER, | |
| Defendants. | |

A California state prisoner at Calipatria State Prison proceeding *pro se*, plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. 1983, alleging *inter alia* that defendants, officers and employees of Kern Valley State Prison, retaliated against plaintiff for his exercise of his First Amendment rights.

Good cause appearing, the instant case will be referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program. The proceedings will consist of one or more conferences as determined by the mediator. The proceedings shall take place within 90 days of the date this order is filed. Magistrate Judge Vadas shall coordinate a time and date for the mediation proceedings with all interested parties and/or their representatives and, within 5 days after the conclusion of the mediation proceedings, file with the court a report for the prisoner mediation proceedings.

For the foregoing reasons and for good cause shown,

1. The Clerk shall send a copy of the court file, including a copy of this order, to Magistrate Judge Vadas.

2. This action, including the dispositive motion schedule, is hereby STAYED until further order of the Court, if necessary, following completion of the mediation proceedings outlined above.

**IT IS SO ORDERED.**

Dated: March 23, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE