UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-00635 WHA (PR)<br><br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for 11:00 a.m. on Monday June 7, 2010 at Solano State Prison.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference.

No later than thirty (30) days prior to the settlement conference, counsel for Defendants shall prepare, e-file and electronically submit (via email to NJVpo@cand.uscourts,gov) a Word or Wordperfect version of the writ necessary to secure Plaintiff's attendance at the settlement conference.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference

IT IS SO ORDERED.

Dated: April 23, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHAUN DARNELL GARLAND,　　　　　　　　　No. C 08-00635 WHA (PR)

　　　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE

ANTHONY HEDGPETH, et al.,

　　　　　Defendants.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California, and that on April 23, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Garland Shaun Darnell**
H-50209
CALIPATRIA STATE PRISON (5004)
P.O. BOX 5004
CALIPATRIA, CA 92233-5002

　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, CLERK

　　　　　　　　　　　　　　　　　　　　　By:/s/___Gloria Masterson_____
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

2