Susan E. Coleman, Esq., SBN 171832
Mitchell A. Wrosch, Esq., SBN 262230
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile:  (213) 624-6999
Email: sec@mmker.com

Attorneys for Defendants,
ANTHONY HEDGPETH, BLACKSTONE,
J. OSTRANDER, AND VARGAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY HEDGPETH, J. BOLIN, THOMSON, BLACKSTONE, J. VARGAS, J. OSTRANDER,<br><br>　　　　　　　Defendants. | Case No.: 08-CV-00635-WHA<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

　　　Plaintiff SHAUN DARNELL GARLAND (H-50209), a necessary and material witness in proceedings in this matter, is confined in Calipatria State Prison, in the custody of the warden.  In order to secure this inmate's attendance at mandatory settlement conference it is necessary that a Writ of Habeas Corpus ad Testificandum issues commanding the custodian to produce the inmate at California State Prison, Solano at 2100 Peabody Road, Vacaville, California 95696 on **June 7, 2010, at 11:00 a.m.**

**ACCORDINGLY IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under seal of this Court, commanding the warden to produce the inmate named above to appear at California State Prison, Solano at the time and place above for mandatory settlement conference; and thereafter to return the inmate to Calipatria State Prison; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide a new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Calipatria State Prison:**

**WE COMMAND** you to produce the inmate named above to appear at California State Prison, Solano for a mandatory settlement conference at the time and place above; and thereafter to return the inmate to Calipatria State Prison.

**FURTHER**, you have been ordered to notify the Court of any changes in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

Dated: May 12, 2010                                By: _____
                                                        Hon. _____
                                                        United States Magistrate Judge

*IT IS SO ORDERED — Judge Nandor J. Vadas — United States District Court, Northern District of California*