1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10   SHAUN DARNELL GARLAND,           )        No. C 08-00635 WHA (PR)
                                      )
11                  Plaintiff,        )        **ORDER REFERRING**
                                      )        **PLAINTIFF TO FEDERAL PRO**
12     vs.                            )        **BONO PROJECT AND**
                                      )        **STAYING PROCEEDINGS**
13                                    )        **PENDING APPOINTMENT OF**
     ANTHONY HEDGPETH, J. BOLIN,      )        **COUNSEL**
14   THOMPSON, BLACKSTONE,            )
     J. VARGAS, J. OSTRANDER,         )
15                                    )
                    Defendants.       )
16   _____)

17

18        This is a federal civil rights action filed by a pro se state prisoner pursuant to 42

19   U.S.C. § 1983.  Summary judgment having been denied, and the action having not been

20   resolved through mediation, and plaintiff being in need of counsel to assist him in this

21   matter, and good and just cause appearing,

22        IT IS HEREBY ORDERED that plaintiff shall be referred to the Federal Pro Bono

23   Project for the Eastern District in the manner set forth below:

24        (1)     The clerk of this court shall forward to the Federal Pro Bono Project:

25   (a) a copy of this order, (b) a memorandum outlining the facts and procedural posture of

26   the action, and (c) a copy of the court file.

27

28

1    (2)    Upon an attorney being located to represent plaintiff, that attorney shall be

2 appointed as counsel for plaintiff in this matter until further order of the court.

3    (3)    All proceedings in this action are stayed until four weeks from the date an

4 attorney is appointed to represent plaintiff in this action.

5

6 Dated: August 14 , 2010    _____

7    WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28