UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY HEDGPETH, J. BOLIN,<br>THOMPSON, BLACKSTONE,<br>J. VARGAS, J. OSTRANDER,<br><br>　　　　Defendants. | No. C 08-00635 WHA (PR)<br><br>**ORDER EXTENDING TIME;**<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER;**<br><br>**ORDER DENYING MOTION FOR SANCTIONS** |

This is a federal civil rights action filed pursuant to 42 U.S.C. 1983 by a *pro se* state prisoner.  Plaintiff's motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 72) is GRANTED.  Plaintiff shall file such opposition on or before November 3, 2011.  Plaintiff's motion for a temporary restraining order (Docket No. 64) is DENIED.  Plaintiff's allegations concerning searches of his cell and confiscations of his property are not part of this action.  If plaintiff seeks relief on such claims, he may file a separate civil rights action.  Plaintiff's motion for sanctions (Docket No. 71) is DENIED.  In his opposition to the motion for summary judgment, plaintiff may include how defendants' alleged failure to comply with discovery requests affected his ability to prosecute this action.

**IT IS SO ORDERED.**

Dated: October  7 , 2011

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1