UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No. C 08-00635 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANTHONY HEDGPETH, J. BOLIN, THOMPSON, BLACKSTONE, J. VARGAS, J. OSTRANDER, | |
| Defendants. | |

The Court having entered a ruling today granting defendants' motion for summary judgment, judgment is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: November   15  , 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE